**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Alexandria Denise Graham,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **C/A No. 4:24-cv-1166-JD** |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Experian Information Solutions, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF SETTLEMENT AND REQUEST FOR RUBIN ORDER**

Plaintiff Alexandria Denise Graham ("Plaintiff") and Defendant Experian Information Solutions, Inc., ("Defendant") (collectively, the "Parties") have agreed to settle all claims between them in this matter. The Parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with prejudice within the next sixty (60) days. Accordingly, the Parties requests that the Court enter a *Rubin* order to provide us with time to consummate the agreement. The Parties will reinstate the action within sixty (60) days if the settlement is not consummated.

Respectfully submitted this the 23rd day of September, 2024.

/s/ *Penny Hays Cauley*
Penny Hays Cauley, Fed. ID No. 10323
**HAYS CAULEY, P.C.**
1303 W. Evans Street
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
Phc917@hayscauley.com
Attorney for Plaintiff

/s/ *Lyndey R. Z. Bryant*
Lyndey R. Z. Bryant, Fed ID No. 11506
**ADAMS AND REESE LLP**
1221 Main Street, Suite 1200
Columbia, SC 29201
(803) 254-4190
Lyndey.bryant@arlaw.com
Attorney for Defendant