# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | | |
|---|---|---|
| **Alexandria Denise Graham,** | ) | **Case No.: 4:24-cv-01166-JD** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Experian Information Solutions, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

COME NOW the Plaintiff, Alexandria Denise Graham, jointly with the Defendant, Experian Information Solutions, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), who hereby stipulate that the above-captioned civil action has been resolved and is due to be dismissed in its entirety with prejudice, each party to bear its own costs.

Respectfully submitted on this 12th day of November, 2024.

*/s/ Penny Hays Cauley*
Penny Hays Cauley, Fed ID No. 10323
HAYS CAULEY, P.C.
1303 W. Evans St.
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
Phc917@hayscaule.com
*Attorney for Plaintiff*

/s/ *Lyndey R. Z. Bryant*
Lyndey R.Z. Bryant, Fed ID No. 11506
ADAMS AND REESE LLP
1221 Main Street, Suite 1200
Columbia, SC 29201
(803) 254-4190
Lyndey.bryant@arlaw.com
*Attorney for Defendant*